```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| United States of America, | Case / Citation No. _____ |
| Plaintiff, | |
| vs. | DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE |
| _Thalktt Bridg___ | |
| Defendant. | |

Defendant hereby requests a Court Order waiving his/her appearance at his/her _Status_ Hearing scheduled for _02-12-07_ at _9:30 a_.m. Defendant resides in _Calif. City, CA_ and it would be a financial hardship for him/her to travel to _Bakersfield_, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _Status_ Hearing.

Defendant hereby waives his/her presence at the _Status_ hearing on _02-12-07_ at _9:30 a_.m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: _02/08/07_

_____
Defendant's Counsel (Print and Sign)

Defendant's (Signature)

Note: I will be in class on Mon.

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on _2/12_, 200_7_

Dated: _2/12/2007_

THERESA A. GOLDNER
U.S. Magistrate Judge