IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

Plaintiff,

vs.

SHALETT BRIDGES

Defendant.

Case / Citation No. 5:07-MI-0009

DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE

Defendant hereby requests a Court Order waiving his/her appearance at his/her STATUS Hearing scheduled for APRIL 10, 2007 9:30 a.m. Defendant resides in California City CA and it would be a financial hardship for him/her to travel to BAKERSFIELD, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming STATUS Hearing.

Defendant hereby waives his/her presence at the STATUS hearing on 04/10/07 at 9:30 a.m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 04/08/07

_____
Defendant's (Signature)

_____
Defendant's Counsel (Print and Sign)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on April 10, 2007.

Dated: 4/16/2007

_____
THERESA A. GOLDNER
U.S. Magistrate Judge

1